# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MEISNER, NED R. | § | Case No. 09-49468 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

         Funds were disbursed in the following amounts:

         Payments made under an interim
         disbursement
         Administrative expenses
         Other payments to creditors
         Non-estate funds paid to 3rd Parties
         Exemptions paid to the debtor
         Other payments to the debtor

         Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was      and the deadline for filing governmental claims was     . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $     .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $      as interim compensation and now requests a sum of $     , for a total compensation of $     [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $     [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN _____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:    1

Exhibit A

| Case No: | 09-49468 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|

Case Name:    MEISNER, NED R.

For Period Ending:  08/30/11

Trustee Name:    JOSEPH E. COHEN
Date Filed (f) or Converted (c):   12/31/09 (f)
341(a) Meeting Date:    01/25/10
Claims Bar Date:    08/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 500,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH | 200.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 300.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOO, ART | 150.00 | 0.00 | | 0.00 | 0.00 |
| 6. WATCH | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. CAR | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 9. MOTORCYCLE | 4,000.00 | 0.00 | | 5,000.00 | 0.00 |
| 10. OFFICE EQUIPMENT | 700.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.59 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $509,150.00 | $0.00 | | $5,000.59 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL MOTORCYCLE OWNED BY THE DEBTOR.  TRUSTE FILED A MOTION SELL THE MOTORCYCLE BACK TO THE DEBTOR AND THIS

WAS APPROVED AFTER NOTICE TO CREDITORS.  MOTION HAS BEEN APPROVED.

Initial Projected Date of Final Report (TFR): 02/28/13          Current Projected Date of Final Report (TFR): 02/28/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit B

| Case No: | 09-49468 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MEISNER, NED R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1477  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0820 | | | |
| For Period Ending: | 08/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | 9 | NED MESINER, DEBTOR | Sale of Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 5,000.09 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.22 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.35 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.39 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.45 | 4,997.94 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,997.98 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,998.02 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,998.06 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,998.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,998.14 |

| Account | *******1477 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| | 1 | Deposits | 5,000.00 | | 1 | Checks | 2.45 |
| | 9 | Interest Postings | 0.59 | | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 5,000.59 | | | | |
| | | | | | | Total | $ 2.45 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 5,000.59 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-49468  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MEISNER, NED R. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1477  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0820 | | |
| For Period Ending: | 08/30/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Ver: 16.02b

LFORM2T4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-49468 | Page 1 | Date: August 30, 2011 |
|---|---|---|---|
| Debtor Name: | MEISNER, NED R. | Claim Class Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $1,583.50 | $0.00 | $1,583.50 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $2.45 | $2.45 | $0.00 |
| 000001 070 7100-00 | Discover Bank Dfs Services LLC Po Box 3025 New Albany, Ohio 43054 | Unsecured | | $16,849.41 | $0.00 | $16,849.41 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $24,686.97 | $0.00 | $24,686.97 |
| 000003 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $27,950.99 | $0.00 | $27,950.99 |
| 000004 070 7100-00 | Grant Meisner 1 Chesterfield Blythwood, S.C. 29016 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000005 070 7100-00 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Unsecured | | $8,339.78 | $0.00 | $8,339.78 |
| | Case Totals: | | | $89,413.10 | $2.45 | $89,410.65 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-49468
Case Name: MEISNER, NED R.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>Po Box 3025<br>New Albany, Ohio 43054 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000004 | Grant Meisner<br>1 Chesterfield<br>Blythwood, S.C. 29016 | $ | $ | $ |
| 000005 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE