UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MEISNER, NED R. | § | Case No. 09-49468 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/07/2011 in Courtroom B,
    Park City Branch Court
    301 Greenleaf Ave.
    Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                            Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MEISNER, NED R. § Case No. 09-49468
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.59 |
| and approved disbursements of | $ | 2.45 |
| leaving a balance on hand of[1] | $ | 4,998.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.06 | $ 0.00 | $ 1,250.06 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,583.50 | $ 0.00 | $ 1,583.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.45 | $ 2.45 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,833.56
Remaining Balance $ 2,164.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,827.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>Po Box 3025<br>New Albany, Ohio 43054 | $ 16,849.41 | $ 0.00 | $ 415.28 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 24,686.97 | $ 0.00 | $ 608.45 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 27,950.99 | $ 0.00 | $ 688.89 |
| 000004 | Grant Meisner<br>1 Chesterfield<br>Blythwood, S.C. 29016 | $ 10,000.00 | $ 0.00 | $ 246.46 |
| 000005 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ 8,339.78 | $ 0.00 | $ 205.55 |

Total to be paid to timely general unsecured creditors    $    2,164.63

Remaining Balance    $    0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/JOSEPH E. COHEN
                       TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                      Case No. 09-49468-ABG
Ned R. Meisner                                              Chapter 7
       Debtor                   CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton            Page 1 of 2              Date Rcvd: Sep 09, 2011
                              Form ID: pdf006            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2011.
db           +Ned R. Meisner,    916 Fountain View Drive,    Deerfield, IL 60015-4847
aty          +Howard Bernstein,    Schwartz Wolf & Bernstein LLP,    314 N. McHenry Road,
               Buffalo Grove, IL 60089-2428
tr           +Joseph E Cohen,    Tr.,   Cohen & Krol,   105 West Madison Suite 1100,    Chicago, IL 60602-4600
14925670     +AT&T,   3525 W. Peterson,    Chicago, IL 60659-3324
14992265     +Advance America,    3100 Kirchoff Rd.,   Rolling Meadows, IL 60008-1820
14925675      American Express,    P.O. Box 0001,   Los Angeles, CA 90096-8000
15768981      American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
14992275     +Amor Systems Co.,    1700 Kiefer Dr.,   Zion, IL 60099-5105
14992277     +Arrow Financial Services,    5996 W. Touhy Ave.,   Niles, IL 60714-4610
14925676     +Aviva Life,    611 5th Ave.,   Des Moines, IA 50309-1633
14925677    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
             (address filed with court: BMW Financial Services,      P.O. Box 3607,   Dublin, Ohio  43016)
14992269     +Bank of America,    c/o Weltman, Weinberg & Reis,    180 N. LaSalle St.,   Chicago, IL 60601-2501
14925668     +Carl Meisner,    2225 Williams Trace Blvd.,   Sugar Land, TX 77478-4440
14992272     +Certegy Check Services,    c/o Asset Acceptance LLC,    P.O. Box 2026,   Warren, MI 48090-2026
15614371      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14925672     +Chase Visa Card,    P.O. Box 15153,   Wilmington, DE 19850-5153
14992266     +Check-and-Go,    2547 W. Golf,   Hoffman Estates, IL 60169-1165
14992267     +Check-into-Cash,    104 N. Barrington Rd.,   Streamwood, IL 60107-1966
14925674      Citi Cards,    P.O. Box 6077,   Sioux Falls, SD 57117-6077
14992271     +Citibank,   c/o Tate & Kirlin,    2810 South Hampton Rd.,    Philadelphia, PA 19154-1207
14992273      Citibank,   c/o ALW Sourcing LLC,    P.O. Box 4937,   Trenton, MI  08650-4937
14925671     +East Bank Club,    500 N. Kingsbury St.,   Chicago, IL 60654-5799
14992276     +Equinox Collection Services,    5807 S. Garnett Rd.,    Tulsa, OK 74146-6843
14992270     +First Premier,    c/o Tate & Kirlin,   2810 South Hampton Rd.,    Philadelphia, PA 19154-1207
14925669      Grant Meisner,    1 Chesterfield,   Blythwood, S.C. 29016
14992279      Maravder Co.,    74923 U.S. Hwy 1,   Indian Wells, CA 92210
14925667     +Margaret Meisner,    2360 Lake Angelus Ln.,   Lake Angelus, MI 48326-1008
14992280     +NCO FIN/22,    507 Prudential Rd.,   Horsham, PA 19044-2308
14992281     +Professional Account Management,    633 W. Wisconsin Ave.,    Milwaukee, WI 53203-1920
14992268    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,     101 5th Street East,    St. Paul, MN  55101)
14992282      West Asset Management,    2703 W. Highway 75,   Sherman, TX  75092
14992284     +Wheeling Currency Exchange,    857 W. Dundee Rd.,    Wheeling, IL 60090-3952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14992274      E-mail/PDF: cbp@slfs.com Sep 10 2011 01:26:21      American General Finance,   3632 W. 95th St.,
               Evergreen Park, IL  60805
14992283     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22      Discover Bank,
               Dfs Services LLC,    Po Box 3025,   New Albany, Ohio 43054-3025
14925673      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22      Discover Card,
               P.O. Box 6103,    Carol Stream, IL  60197-6103
14992278     +E-mail/Text: bankrup@nicor.com Sep 09 2011 23:32:58      Nicor Gas,   1844 Ferry Rd.,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph E Cohen,    Tr.,   Cohen & Krol,   105 West Madison Suite 1100,    Chicago, IL 60602-4600
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                   Date Rcvd: Sep 09, 2011
                              Form ID: pdf006             Total Noticed: 36

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2011**          **Signature:**          *Joseph Speetjens*